**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ILENE DUVALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-314-AWI-GSA<br><br>STIPULATION TO REMAND AND ORDER |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the opinion evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 9th day of December, 2021.

Dated: December 14, 2021　　　　　*/s/  Jonathan O. Peña*
　　　　　　　　　　　　　　　　　　JONATHAN O. PEÑA
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　*Authorized via e-mail on December 9, 2021

Dated: December 14, 2021

PHILLIP A. TALBERT
Acting United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
Social Security Administration

By: /s/ *SARAH E. PRESTON*
SARAH E. PRESTON
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **December 14, 2021**        /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE