**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Ilene DuVall,<br><br>   Plaintiff,<br><br>   v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:21-cv-00314-AWI-GSA<br><br>**AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of EIGHT HUNDRED THIRTY-EIGHT DOLLARS and 77/100 ($838.77) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of zero dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1  Fees shall be made payable to Plaintiff, but if the Department of the Treasury
2  determines that Plaintiff does not owe a federal debt, then the government shall cause
3  the payment of fees, expenses and costs to be made directly to Counsel, pursuant to
4  the assignment executed by Plaintiff.  Any payments made shall be delivered to
5  Plaintiff's counsel, Jonathan O. Peña.

6  This stipulation constitutes a compromise settlement of Plaintiff's request for
7  EAJA attorney fees, and does not constitute an admission of liability on the part of
8  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
9  constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
10 Counsel including Counsel's firm may have relating to EAJA attorney fees in
11 connection with this action.

12 This award is without prejudice to the rights of Counsel and/or Counsel's firm
13 to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the
14 savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 15, 2022               /s/ *Jonathan O. Peña*
                                    JONATHAN O. PEÑA
                                    Attorney for Plaintiff

Dated: March 15, 2022               PHILLIP A. TALBERT
                                    United States Attorney
                                    LISA A. THOMAS
                                    Regional Chief Counsel, Region VII
                                    Social Security Administration

                                By: _*_ *Sarah E. Preston*
                                    Sarah E. Preston
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    (*Permission to use electronic signature
                                    obtained via email on March 14, 2022).

-2-

IT IS SO ORDERED.

Dated:     **March 15, 2022**                     **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"),

**IT IS ORDERED** that fees and expenses in the amount of EIGHT HUNDRED THIRTY-EIGHT DOLLARS and 77/100 ($838.77) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.